**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**NIGHT OF THE TEMPLAR, LLC,**

      **Plaintiff,**

                                     **Case No. 2:13-cv-182**
  **v.**                                  **JUDGE GREGORY L. FROST**
                                        **Magistrate Judge Elizabeth P. Deavers**

**DOES 1-23,**

      **Defendants.**

<u>**ORDER**</u>

This matter is before the Court for consideration of the Magistrate Judge's August 20, 2013 Report and Recommendation.  (ECF No. 6.)  In that filing, the Magistrate Judge recommended that the Court dismiss this action without prejudice for failure to timely effect service of process.  The Report and Recommendation advised Plaintiff that the failure to object within fourteen days would "result in a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the judgment of the District Court."  (ECF No. 6, at Page ID # 61.)

The Court has reviewed the Report and Recommendation.  Noting that no objections have been filed, that the time for filing such objections has expired, and that the Magistrate Judge's reasoning is correct, the Court **ADOPTS** the Report and Recommendation (ECF No. 6) and **DISMISSES WITHOUT PREJUDICE** this action pursuant to Federal Rule of Civil Procedure 4(m).

      **IT IS SO ORDERED.**

                                        /s/   Gregory L. Frost
                                   GREGORY L. FROST
                                   UNITED STATES DISTRICT JUDGE